UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:  JEROME L AUSTIN | § § § § § § | Case No.: 09-20619 |
| LETITIA DENISE BUTLER | | |
| Debtor(s) | | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2009.

2) This case was confirmed on 07/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/12/2010, 01/24/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2010, 09/15/2011, 09/15/2011, 03/29/2012.

5) The case was dismissed on 05/14/2012.

6) Number of months from filing to the last payment: 31

7) Number of months case was pending: 39

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    8,200.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 19,409.07 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 19,409.07 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,114.58 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,614.58 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | SECURED | 7,275.00 | 17,932.00 | 17,932.00 | 8,953.25 | 1,404.51 |
| CAPITAL ONE AUTO FIN | UNSECURED | 10,657.00 | 7,238.25 | 7,238.25 | 121.04 | .00 |
| UNITED STUDENT AID F | UNSECURED | 23,635.00 | 23,286.90 | 23,286.90 | 389.39 | .00 |
| CB USA INC | UNSECURED | .00 | 655.74 | 655.74 | .00 | .00 |
| PAYDAY LOAN OF IL | UNSECURED | 500.00 | 1,843.25 | 1,843.25 | 16.48 | .00 |
| ECONOMY INTERIORS IN | SECURED | 2,411.00 | 2,411.28 | .00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | .00 | 122.00 | 122.00 | .00 | .00 |
| MCSI/RMI | UNSECURED | .00 | 200.00 | 200.00 | .00 | .00 |
| LVNV FUNDING LLC | SECURED | 6,200.00 | 6,200.00 | 6,200.00 | 3,095.51 | 485.96 |
| LVNV FUNDING LLC | UNSECURED | 10,172.00 | 10,171.92 | 10,171.92 | 170.09 | .00 |
| ACE | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ANTHONY BROWN MD | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | OTHER | .00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | OTHER | .00 | NA | NA | .00 | .00 |
| CHICAGO HEIGHTS FIRE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CAB SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| CASHNET USA | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| CB USA INC | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES ANESTHESIA | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| CB USA INC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MCI | UNSECURED | 303.00 | NA | NA | .00 | .00 |
| COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,200.00 | 568.79 | 568.79 | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ECHO LTD | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ECHO LTD | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| SOUTHLAND BONE JOINT | UNSECURED | 1,355.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS LTD | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 62.00 | 57.53 | 57.53 | .00 | .00 |
| HARVARD COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| ILLIANA FINANCIAL CR | UNSECURED | 1,000.00 | 306.60 | 306.60 | .00 | .00 |
| TINLEY WOODS SURGERY | UNSECURED | 906.00 | NA | NA | .00 | .00 |
| ICS | OTHER | .00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 835.00 | NA | NA | .00 | .00 |
| SIGNMYLOAN.NET | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SUN CASH | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,306.07 | 1,137.72 | 1,137.72 | .00 | .00 |
| AUDREY L LYLE | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 175.60 | 175.60 | .00 | .00 |
| DISCOUNT CASH ADVANC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| WILL COUNTY | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NA | 400.27 | 400.27 | .00 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 100.45 | 100.45 | .00 |
| LEDFORD & WU | PRIORITY | NA | .00 | 57.81 | 57.81 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 24,132.00 | 12,048.76 | 1,890.47 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 24,132.00 | 12,048.76 | 1,890.47 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 158.26 | 158.26 | .00 |
| **TOTAL PRIORITY:** | 158.26 | 158.26 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 46,164.57 | 697.00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,614.58 |
| Disbursements to Creditors | $ | 14,794.49 |
| **TOTAL DISBURSEMENTS:** | $ | 19,409.07 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/10/2012                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**